**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| JOHN ROSENDAHL, derivatively on behalf of Nominal Defendant NEXTERA ENERGY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN W. KETCHUM et al.,<br><br>        Defendants,<br><br>-and-<br><br>NEXTERA ENERGY, INC.,<br><br>        Nominal Defendant. | Case No. 25-cv-80555-EA |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John Rosendahl, derivatively on behalf of Nominal Defendant NextEra Energy, Inc., by and through his undersigned counsel, hereby gives notice of his voluntary dismissal of this case without prejudice.

Rule 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." This notice of voluntary dismissal is being filed before an answer or a motion for summary judgment has been filed by any defendant and is effective upon filing without order of court. Accordingly, Plaintiff John Rosendahl, derivatively on behalf of Nominal Defendant NextEra Energy, Inc., voluntarily dismisses his claims in this action without prejudice against all Defendants.

Dated: October 3, 2025

1

Respectfully submitted,

By: */s/Eduardo A. Maura*
    Eduardo A. Maura, Esq.
    Florida Bar No. 91303
    eduardo@ayalalawpa.com
    **Ayala Law, P.A.**
    2490 Coral Way, Ste 401
    Miami, FL 33145
    (305) 570-2208
    *Counsel for Plaintiff*

    SQUITIERI & FEARON, LLP
    Lee Squitieri (pro hac vice)
    205 Hudson Street, 7th Floor
    New York, NY 10013
    (212) 421-6492
    Email: lee@sfclasslaw.com

    MOORE LAW, PLLC
    Fletcher Moore (pro hac vice)
    30 Wall Street, 8th Floor
    New York, New York 10005
    Telephone: (212) 709-8245
    Email: fletcher@fmoorelaw.com

## CERTIFICATE OF SERVICE

I certify that on October 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

By: */s/Eduardo A. Maura*
    Eduardo A. Maura, Esq.
    Florida Bar No. 91303

2