**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

JOHN ROSENDAHL, Derivatively on Behalf of Nominal Defendant NEXTERA ENERGY, INC.,

Plaintiff,

**CASE NO. 25-CIV-80555-ARTAU**

v.

JOHN W. KETCHUM, *et al.*,

Defendants,

and

NEXTERA ENERGY, INC.,

Nominal Defendant.
_______________________________________/

**PARTIES' JOINT REPORT REGARDING STATUS OF SETTLEMENT**

The parties jointly write to provide the Court with a status report in this matter. As reported on May 28, 2026, (ECF No. 50), the parties have reached a settlement in principle to resolve this action as part of a global shareholder derivative settlement (the "Derivative Settlement"). On June 11, 2026, as part of the global shareholder derivative settlement, the parties entered into a Stipulation and Agreement of Settlement. Following notice to shareholders, the Stipulation and Agreement of Settlement will be presented for approval in a related shareholder derivative matter, *Davidson v. Silagy*, Case No. 50-2023-CA-012434-XXXX-MB pending in the Florida Circuit Court of the 15th Judicial Circuit in and for Palm Beach County (the "*Davidson* Action"). The court in the *Davidson* Action has not yet approved the Derivative Settlement.

As previously reported, upon court approval of the Derivative Settlement, all claims, present or future, arising out of or relating to the subject matter of this derivative action would be extinguished, and the parties would file papers with this Court to effectuate the dismissal of this action with prejudice pursuant to F.R.C.P. 23.1.

Dated: July 31, 2026

Respectfully submitted,

By: **Alexander Kraff**
Alexander Kraff
KRAFF LAW GROUP P.A.
800 SE 4th Avenue
Hallandale Beach, Florida 3309
305-995-0401
Email: Alex@krafflawgroup.com

*Attorneys for Plaintiff*

OF COUNSEL:

SQUITIERI & FEARON, LLP
Lee Squitieri (pro hac vice)
205 Hudson Street, 7th Floor
New York, NY 10013
(212) 421-6492
Email: lee@sfclasslaw.com

MOORE LAW, PLLC
Fletcher Moore (pro hac vice)
30 Wall Street, 8th Floor
New York, New York 10005
Telephone: (212) 709-8245
Email: fletcher@fmoorelaw.com

By: **Jordi C. Martínez-Cid**
Jordi C. Martínez-Cid
Florida Bar No. 100566
Andy Hernández
Florida Bar No. 1018581
**Martínez-Cid Law**
2525 Ponce de León Blvd., 7th Floor
Miami, Florida 33134
Telephone: 305-998-3093
Email: jmartinez-cid@martinez-cidlaw.com
Email: ahernandez@martinez-cidlaw.com
Email: service@martinez-cidlaw.com

*Attorneys for Nominal Defendant and Defendants Ketchum, Robo, Reuter, Barrat, Arnaboldi, Jennings, Swanson, Tookes, Camaren, Dunn, Hachigan, Gursahaney, Lane, Wilson, Porges, Stall, Schupp, Skolds, Silagy, Sieving, Stahlkopf, Nazar, Kujawa, and Pimentel*

OF COUNSEL:

Daniel J. Kramer (*pro hac vice*)
New York Bar No. 1979392
Audra J. Soloway (*pro hac vice*)
New York Bar No. 4113536
Joshua Hill, Jr. (*pro hac vice*)
New York Bar No. 4297826
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Matthew D. Stachel (*pro hac vice*)
Delaware Bar No. 5419
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1313 N. Market Street, Suite 806
Wilmington, DE 19801
(302) 655-4410

By: **Allison Kernisky**
ALLISON KERNISKY
Florida Bar No. 41160
STEPHEN P. WARREN
Florida Bar No. 788171
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
Email: allison.kernisky@hklaw.com
Email: stephen.warren@hklaw.com

Martin L. Seidel (*pro hac vice*)
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
(212) 513-3200

*Attorneys for Defendant Utter*