**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

JOHN ROSENDAHL, Derivatively on Behalf of Nominal Defendant NEXTERA ENERGY, INC.,

Plaintiff,

**CASE NO. 25-CIV-80555-ARTAU**

v.

JOHN W. KETCHUM, *et al.*,

Defendants,

and

NEXTERA ENERGY, INC.,

Nominal Defendant.

________________________________________/

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, as reported on May 28, 2026, (ECF No. 50), the parties have reached a settlement in principle to resolve this action as part of a global shareholder derivative settlement (the "Derivative Settlement");

WHEREAS, on June 11, 2026, as part of the global shareholder derivative settlement, the parties entered into a Stipulation and Agreement of Settlement, which was revised as of July 29, 2026;

WHEREAS, following notice to shareholders, the Stipulation and Agreement of Settlement will be presented for approval in a related shareholder derivative matter, *Davidson v. Silagy*, Case No. 50-2023-CA-012434-XXXX-MB pending in the Florida Circuit Court of the 15th Judicial Circuit in and for Palm Beach County (the "*Davidson* Action");

WHEREAS, the court in the *Davidson* Action has not yet approved the Derivative Settlement; and

WHEREAS, if the court in the *Davidson* Action grants final approval of the Derivative Settlement, Plaintiff's claims in this lawsuit will be released and finally resolved;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by the parties subject to the Court's approval that:

1. Upon, and subject to, the final approval of the Derivative Settlement in the *Davidson* Action, the above-captioned action will be deemed DISMISSED WITH PREJUDICE AS TO PLAINTIFF ONLY, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(1)(A)(ii).

2. Separate notice to NextEra Energy, Inc. shareholders of this Dismissal will not be required because such notice will have been given in advance of any final approval of the Derivative Settlement.

3. Except as otherwise provided in the Derivative Settlement, the parties shall bear their respective costs, expenses, and attorneys' fees.

4. Should the Derivative Settlement not be granted final approval in the *Davidson* Action, then the parties shall file a joint report updating the Court and proposing a schedule to govern further proceedings in this action.

Dated: September 1, 2026

Respectfully submitted,

By: **Alexander Kraff**
Alexander Kraff
KRAFF LAW GROUP P.A.
800 SE 4th Avenue
Hallandale Beach, Florida 3309
305-995-0401
Email: Alex@krafflawgroup.com

*Attorneys for Plaintiff*

OF COUNSEL:

SQUITIERI & FEARON, LLP
Lee Squitieri (pro hac vice)
205 Hudson Street, 7th Floor
New York, NY 10013
(212) 421-6492
Email: lee@sfclasslaw.com

MOORE LAW, PLLC
Fletcher Moore (pro hac vice)
30 Wall Street, 8th Floor
New York, New York 10005
Telephone: (212) 709-8245
Email: fletcher@fmoorelaw.com

By: **Andy Hernández**
Jordi C. Martínez-Cid
Florida Bar No. 100566
Andy Hernández
Florida Bar No. 1018581
**MARTÍNEZ-CID LAW**
2525 Ponce De Leon Blvd., 7th Floor
Miami, Florida 33134
Telephone: 305-998-3093
Email: jmartinez-cid@martinez-cidlaw.com
Email: ahernandez@martinez-cidlaw.com
Email: service@martinez-cidlaw.com

*Attorneys for Nominal Defendant and Defendants Ketchum, Robo, Reuter, Barrat, Arnaboldi, Jennings, Swanson, Tookes, Camaren, Dunn, Hachigan, Gursahaney, Lane, Wilson, Porges, Stall, Schupp, Skolds, Silagy, Sieving, Stahlkopf, Nazar, Kujawa, and Pimentel*

OF COUNSEL:

Daniel J. Kramer (*pro hac vice*)
New York Bar No. 1979392
Audra J. Soloway (*pro hac vice*)
New York Bar No. 4113536
Joshua Hill, Jr. (*pro hac vice*)
New York Bar No. 4297826
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Matthew D. Stachel (*pro hac vice*)
Delaware Bar No. 5419
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1313 N. Market Street, Suite 806
Wilmington, DE 19801
(302) 655-4410

By: **Allison Kernisky**
ALLISON KERNISKY
Florida Bar No. 41160
STEPHEN P. WARREN
Florida Bar No. 788171
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
Email: allison.kernisky@hklaw.com
Email: stephen.warren@hklaw.com

Martin L. Seidel (*pro hac vice*)
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
(212) 513-3200

*Attorneys for Defendant Utter*

SO ORDERED this _________ day of ___, 2026.

______________________________________
The Hon. Ed Artau